

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00250-CV

---

**IN THE MATTER OF THE MARRIAGE OF**
**THERESA BARRIER AND JASON BARRIER**

On Appeal from the County Court at Law No. 2
Lubbock County, Texas
Trial Court No. DC-2023-FM-1888, Honorable Tom Brummett, Presiding

September 13, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Jason Barrier, proceeding pro se, filed a notice of appeal from the trial court's *Final Decree of Divorce* without paying the requisite filing fee. By letter of August 5, 2024, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by August 15 would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam